IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )         8:02CR339
                              )
     v.                       )
                              )
DIONE CARTER,                 )         ORDER
                              )
           Defendant.         )
_____)
```

This matter was before the Court on September 21, 2016, on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 54).  Defendant was present and represented by Jeffrey L. Thomas, Assistant Federal Public Defender.  Plaintiff was represented by Martin J. Conboy IV, Assistant United States Attorney.

Upon oral motion of the government to dismiss the petition, the Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to dismiss the petition for warrant or summons for offender under supervision is granted.

2) Defendant remains on supervised release under the same terms and conditions as previously imposed.

DATED this 21st day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court